IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES E. LEVENS, III and** <br> **LUCY R. LEVENS** | **PLAINTIFFS** |
| **v.** | **CAUSE NO. 1:24CV357-LG-RPM** |
| **UNITED STATES OF AMERICA** | **DEFENDANT** |

## FINAL JUDGMENT OF DISMISSAL

Pursuant to the Court's Order Granting the United States' [6] Motion to Dismiss for Lack of Jurisdiction, which is entered herewith, the Court hereby enters this Final Judgment in accordance Rule 58 of the Federal Rules of Civil Procedure.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this lawsuit is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 9th day of June, 2025.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE